**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UTE HELLEBUYCK

                Plaintiff,                                                     **JUDGMENT**

      - against -                                                        CV 23-2625 (GRB) (JMW)

KILOLO KIJAKAZI, Acting Commissioner of
Social Security, and THE SOCIAL SECURITY
ADMINISTRATION,

                Defendants.
-----------------------------------------------------------X

        A Minute Order of Honorable Gary R. Brown, United States District Judge, having been filed on October 5, 2023, granting defendants' motion to dismiss, it is

        **ORDERED AND ADJUDGED** that plaintiff Ute Hellebuyck take nothing of defendants Kilolo Kijakazi, and the Social Security Administration; that defendants' motion to dismiss is granted; and that this case is closed.

Dated:   December 18, 2023
            Central Islip, New York

                                                                       BRENNA B. MAHONEY
                                                                       CLERK OF THE COURT

                                                      BY:    /S/ JAMES J. TORITTO
                                                                       DEPUTY CLERK